No. 97–6228. THOMPSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–6232. TAYLOR v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–6242. BROWN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–6245. GAINEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–6249. CLAY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–6254. ARMENDARIZ-AMAYA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–6258. LAMAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–6266. ASH ET VIR v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–6268. MORELAND v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–6269. RAMOS GONZALEZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–6275. GUERRERO-MARTINEZ, AKA GUERRERO, AKA MARTINEZ-GUERRERO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–6293. RODRIGUEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–6294. GLENN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–6296. GAINES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–6309. WIEDMER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.